E-FILED
Friday, 03 October, 2014  04:13:16 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) 14-MJ-7023 |
| | ) |
| GEORGE LUIS SALINAS | ) |
| | ) |
| *Defendant(s)* | |

FILED

OCT 0 3 2014

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT COURT
URBANA, ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 3, 2014 _____ in the county of _____ Champaign _____ in the _____ Central _____ District of _____ Illinois _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) | Possession of 50 grams or more of methamphetamine, a Schedule II Controlled Substance, with the intent to distribute it. |

This criminal complaint is based on these facts:

SEE ATTACHED.

☑ Continued on the attached sheet.

s/Joseph Green

_____
*Complainant's signature*

Joseph Green, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

s/David G. Bernthal

Date: _____ 10/03/2014 _____

_____
*Judge's signature*

City and state: _____ Urbana, Illinois _____

David G. Bernthal, United States Magistrate Judge
*Printed name and title*

## A F F I D A V I T

I, JOSEPH J. GREEN, being first duly sworn on oath, depose and state as follows:

1.      I am a Special Agent with the Drug Enforcement Administration (DEA) currently assigned to the Drug Enforcement Administration (DEA) in the Springfield, Illinois Resident Office (RO).   I have been employed with the DEA since September 2009.   Prior to my employment with the Drug Enforcement Administration, I was employed as a Patrolman for the Springfield Police Department in Springfield, Illinois, for approximately three and one half years.   I have received specialized training in various aspects of narcotics investigations, which include but are not limited to interviewing defendants and witnesses, surveillance techniques and money laundering. I have personally conducted or assisted in numerous investigations of state and federal criminal violations involving the illegal trafficking of narcotics and related crimes.   I have helped prepare numerous criminal affidavits, executed search warrants, and testified at criminal trials during my participation in drug investigations.

2.      This affidavit is made in support of an arrest warrant and criminal complaint charging George Luis SALINAS (D.O.B. 12/10/1955) with the possession of fifty grams or more of methamphetamine with the intent to distribute it, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(viii).

3.      The statements contained in this affidavit are based in part on my own investigation, information provided by other law enforcement officers, information provided by other witnesses, and my experience and background as a law enforcement officer. The information contained in this affidavit is not an exhaustive account of

everything I know about this case. Rather, it is only the facts that I believe are necessary to establish probable cause to believe SALINAS possessed fifty grams or more of methamphetamine with the intent to distribute, it in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B)(viii). If called as a witness to testify, I would testify as follows.

4.      On Friday morning, October 3, 2014, DEA agents, including myself, conducted surveillance at the Walmart parking lot in Rantoul in the Central District of Illinois.   We had received credible information that SALINAS would be traveling from Texas to Rantoul, Illinois, on a bus transporting illegal drugs.   Agents saw an El Tornado bus with Texas license plates stop in the Walmart parking lot.   Agents saw SALINAS get off the bus, get his luggage, and walk to a black Hyundai Santa Fe. SALINAS put his luggage in the back of the Santa Fe and got into the front passenger seat.

5.      Agents took SALINAS into custody and transported him to the Champaign Police Department.   Agents read SALINAS his Miranda warnings. SALINAS agreed to waive his rights and speak with the agents.   SAILINAS pulled a green plastic bag out of his pants that contained a substance that, based on my training and experience, appeared to be crystal methamphetamine.   The substance field tested positive for the presence of methamphetamine and weighed 287.5 grams with packaging.   SALINAS told agents that he was transporting what he thought was cocaine to Rantoul, Illinois, from Texas.   SALINAS said he intended to deliver the

2

controlled substance to an individual in the Central District of Illinois.   SALINAS
expected to receive $4,000 in total for the controlled substance and said he would keep
$1,000 for himself and transport the rest of the money back to Texas.   SALINAS stated
that he had previously transported marijuana from Texas to the Central District of
Illinois on approximately three other occasions.

6.    Based on my training and experience, 287.5 grams of methamphetamine is
much greater than a personal use amount, and was intended for distribution.


FURTHER AFFIANT SAYETH NOT.

s/Joseph Green


JOSEPH J. GREEN
Special Agent
Drug Enforcement Administration
Springfield, Illinois



Subscribed and sworn to before me this 3rd day of October 2014.

s/David G. Bernthal


HONORABLE DAVID G. BERNTHAL
United States Magistrate Judge

3